## FERDINAND RICE v. UNITED STATES

**No. 4965.**—Invoices dated Kobe, Japan, August 17, 1937, etc.
Certified August 18, 1937, etc.
Entered at New York, September 22, 1937, etc.
Entry Nos. 741991, etc.

(Decided on remand [Reap. Dec. 4886] July 8, 1940)

*Lane & Wallace* (*William Young* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: In compliance with the mandate of the appellate division, I hereby find the proper dutiable values of the merchandise covered by the appeals listed above to be the values found by the appraiser. Judgment will be rendered accordingly.